FIRE GUARD SPRINKLER CORPORATION, A NEW JERSEY
CORPORATION, PLAINTIFF–APPELLANT, v. JAMES L.
MANOLIO, DEFENDANT–RESPONDENT.

Argued September 24, 1980—Decided October 27, 1980.

*James H. Cleary* argued the cause for appellant.

*David A. Nicolette* argued the cause for respondent (*Nicolette
& Mavroudis,* attorneys; *David A. Nicolette* of counsel and on
the brief; *Robert Zeller* on the brief).

PER CURIAM.

The judgment is affirmed 171 *N.J.Super.* 333 substantially for
the reasons expressed in the opinion of the Appellate Division.

*For affirmance*—Justices SULLIVAN, PASHMAN, CLIF-
FORD, SCHREIBER, HANDLER and POLLOCK–6.

*For reversal*—None.